UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-cr-69-1-CKK |
| | : | |
| **ISAAC THOMAS,** | : | |
| **Defendant.** | : | |

**UPDATED PRETRIAL SCHEDULING ORDER**
(March 14, 2024)

<u>Discovery & Associated Deadlines</u>
| | |
|---|---|
| Government to complete any final discovery under present indictment | February 16, 2024 |
| Aspirational date for grand jury decision re: superseding indictment | February 16, 2024 |
| Government to complete discovery under any superseding indictment | February 23, 2024 |
| Discovery motions (Fed. R. Crim. P. 16) | March 1, 2024 |

<u>Expert Notices & Other Crimes Evidence</u>
| | |
|---|---|
| Government's expert notice (FRE 701 & 702) | February 23, 2024 |
| Defendant's expert notice (FRE 701 & 702) | March 1, 2024 |
| Government's FRE 404(b) notice | March 8, 2024 |
| Defendant's response to FRE 404(b) notice | March 29, 2024 |
| *Brady* notice | |

<u>Experts</u>
| | |
|---|---|
| Expert reports (FRE 702) | March 1, 2024 |
| Lay witness identification and subject matter | March 29, 2024 |

<u>Non-Evidentiary Pretrial Motions</u>
| | |
|---|---|
| Defendant's non-evidentiary pretrial motions such as motion challenging the indictment | March 29, 2024 |
|     Government's response to Defendant's non-evidentiary motions | April 5, 2024 |
|     Defendant's reply to non-evidentiary motions | April 12, 2024 |
| Government's non-evidentiary pretrial motions | February 23, 2024 |
|     Defendant's response to non-evidentiary pretrial motions | March 9, 2024 |
|     Government's reply to non-evidentiary pretrial motions | March 16, 2024 |

<u>Evidentiary Pretrial Motions</u>
Defendant's evidentiary pretrial motions,
Such as motions to suppress evidence, or *Daubert*     April 5, 2024
    Government's response to Defendant's evidentiary motions     April 19, 2024
    Defendant's reply as to evidentiary motions     April 26, 2024

Government's evidentiary pretrial motions
Such as *Daubert* and other crimes (404(b))     April 5, 2024
    Defendant's response to Government's evidentiary motions     April 19, 2024
    Government's reply as to evidentiary motions     April 26, 2024

<u>Motions in Limine</u>
Motions *in limine* by both sides     April 19, 2024
Responses to motions *in limine*     May 3, 2024
Replies as to motions *in limine*     May 10, 2024

Joint notice of stipulations     TBD

*Giglio*, *Jencks*, and Rule 26.2 material     May 10, 2024

Voir Dire and Jury Instructions     TBD

<u>Witness and Exhibit Lists</u>
Government's witness list, exhibit list and exhibits     TBD
Defendant's witness list, exhibit list and exhibits     TBD

<u>Hearings</u>
Status Hearing     TBD

Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court. The Court shall set a trial date at a later time.

**SO ORDERED**.

                                                                /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge