## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTINA ANN LEGROS,<br><br>Defendant. | Criminal Action No. 23-0069-2 (CKK) |

**ORDER**
(March 15, 2024)

Defendant Legros is scheduled to appear for a competency hearing before Magistrate Judge G. Michael Harvey on April 9, 2024 at 11:00 am in Courtroom 6.

The Court **ORDERS** the Bureau of Prisons to maintain custody of Defendant Legros until her competency hearing on April 9, 2024.

The Court also **ORDERS** the United States Marshals Service to facilitate transport of Defendant Legros from her current detention facility to the courthouse in the District of Columbia to appear in person for her competency hearing on April 9, 2024.

**SO ORDERED**.

Dated: March 15, 2024

                                                                /s/
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge